# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Solorzano Miranda, et al. v. Bondi  **Docket No.:** 25-2407

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Stefanie A. Svoren-Jay

**Firm:** U.S. Department of Justice, Civil Division, Office of Immigration Litigation

**Address:** P.O. Box 878, Ben Franklin Station, Washington, DC 20044

**Telephone:** 202-532-4683  **Fax:** 202-616-4923

**E-mail:** Stefanie.A.Svoren-Jay@usdoj.gov

**Appearance for:** Respondent - Pamela Bondi, U.S. Attorney General
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Lisa Marie Arnold, Senior Litigation Counsel )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

**Signature of Counsel:** /s/ Stefanie A. Svoren-Jay

**Type or Print Name:** Stefanie A. Svoren-Jay